## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE:** | **:** |
|  | **:** |
|  | **:**  **CHAPTER 13** |
| **MICHAEL AND SUSAN WOLK,** | **:** |
|  | **:**  **BANKRUPTCY NO. 18-15766-MDC** |
| **Debtors.** | **:** |
|  | **:** |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below, hereby appear as counsel

for Montgomery County Tax Claim Bureau ("MCTCB"), and pursuant to Rules 2002 and 9010

of the Federal Rules of Bankruptcy Procedure, the undersigned requests that an entry be made on

the Clerk's Service List, in the above captioned case, and that all notices given or required to be

given and all papers served or required to be served, in this case be given to and served upon:

> Michael D. Vagnoni, Esquire
> OBERMAYER REBMANN MAXWELL & HIPPEL LLP
> Centre Square West, Suite 3400
> 1500 Market Street
> Philadelphia, PA  19102
> michael.vagnoni@obermayer.com
> (215) 665-3066 – Telephone
> (215) 665-3165 – Facsimile

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices

and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, all orders and notices of any application, motion, petition, pleading, request,

complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, courier services, hand delivery, telephone, facsimile transmission, telegraph, telex, or

otherwise that (a) affects or seeks to affect in any way any rights or interest of any creditor or

5167033

party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estate, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that MCTCB does not intend for this entry of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of MCTCB to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of MCTCB to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of MCTCB to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which MCTCB is or may be entitled.

Respectfully submitted,

Dated: September 6, 2018

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA  19102
215-665-3066 – Telephone
215-665-3165 – Facsimile

*Counsel to Montgomery County Tax Claim Bureau*