United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 18-15766-mdc
Michael A. Wolk                                                  Chapter 13
Susan M. Keenan-Wolk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv          Page 1 of 2          Date Rcvd: Sep 14, 2018
                             Form ID: 309I       Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
```
db/jdb         +Michael A. Wolk,    Susan M. Keenan-Wolk,    29 School Road,    Horsham, PA 19044-1850
14189945       +Bob's Furniture,    P.O. BOX 14517,    Attn:  Bankruptcy Dept.,    Des Moines, IA 50306-3517
14189946        Cardinal Financial Company,    1 Corporate Drive, Suite 360,    Attn:  Bankruptcy Dept.,
                 Lake Zurich, IL 60047-8945
14189951       +Cordadius International LLC,    2420 Sweet Home Road, Suite 150,    Attn:  Bankruptcy Dept.,
                 Amherst, NY 14228-2244
14189952       +Craig H. Fox, Esquire,    One Montgomery Plaza, Suite 706,    Norristown, PA 19401-4852
14189953       +Credit Control,    P.O. BOX 31179,    Attn:  Bankruptcy Dept.,    Tampa, FL 33631-3179
14189954      #+DNF Associates,    352 Sonwill Drive,    Attn:  Bankruptcty Dept.,    Cheektowaga, NY 14225-5520
14189955       +First Natioal Bank of Omaha,    P.O. BOX 2490,    Attn:  Bankruptcy Dept.,    Omaha, NE 68103-2490
14189956        Franklin Mint Federal Credit Union,    P.O. BOX 790408,    Attn:  Bankruptcy Dept.,
                 Saint Louis, MO 63179-0408
14189957        Freedom Federal Credit Union,    626 Jacksonville Road, Suite 250,    Attn:  Bankruptcy Dept.,
                 Warminster, PA 18974-4862
14189958        Frost Arnett Company,    2015 Elm Hill Pk., Suite 200,    Attn:  Bankruptcy Dept.,
                 Nashville, TN 37210
14189959       +Global Credit,    5440 N. Cumberland Ave., Suite 300,    Attn:  Bankruptcy Dept.,
                 Chicago, IL 60656-1486
14189960        Great Lakes Student Loan,    P.O. Box 2970,    Attn:  Bankruptcy Dept.,    Omaha, NE 68103-2970
14189962       +Kay Jewelers,    P.O. BOX 1799,    Attn:  Bankruptcy Dept.,    Akron, OH 44309-1799
14189964       +Liberty Urgent Care,    20 E. Taunton Road, #BILG50,    Attn:  Bankruptcy Dept.,
                 Berlin, NJ 08009-2603
14189967        Main Line Behavioral,    c/o MLR Solutions,    P.O. BOX 60536,    Attn:  Bankruptcy Dept.,
                 King of Prussia, PA 19406-0536
14189968       +Mariner Finance,    P.O. BOX 35394,    Attn:  Bankruptcy Dept.,    Baltimore, MD 21222-7394
14189969       +Meridith H. Wooters, Esquire,    P.O. BOX 165028,    Columbus, OH 43216-5028
14189970       +Michael P. Clarke, Esquire,    7 Neshaminy Interplex,    Suite 200,
                 Feasterville Trevose, PA 19053-6974
14189971        Montgomery County Tax Claim,    P.O. BOX 311,    Attn:  Bankruptcy Dept.,
                 Norristown, PA 19404-0311
14194321       +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                 ORMH; Centre Square West,    1500 Market Street,    Philadelphia, PA 19102-2100
14189972       +Northland Group, Inc.,    P.O. BOX 390846,    Attn:  Bankruptcy Dept.,
                 Minneapolis, MN 55439-0846
14189974       +OneMain Financial of PA,    P.O. BOX 3251,    Attn:  Bankruptcy Dept.,
                 Evansville, IN 47731-3251
14189975        PA Dept. of Revenue,    Dept. 280903,    Attn:  Bankruptcy Dept.,    Harrisburg, PA 17128-0903
14189977       +PNC Bank,    2730 Liberty Ave.,    Attn:  Bankruptcy Dept.,    Pittsburgh, PA 15222-4747
14189976       #Pay Pal Credit,    P.O. BOX 105658,    Attn:  Bankruptcy Dept.,    Atlanta, GA 30348-5658
14189978       +Renew Financial,    c/o Faloni Associate,    165 Passaic Ave., Suite 301B,
                 Attn:  Bankruptcy Dept.,    Fairfield, NJ 07004-3592
14189979       +Retro Fitness,    c/o First Credit,    377 Hoes Lane, Suite 200,    Attn:  Bankruptcy Dept.,
                 Piscataway, NJ 08854-4155
14189980        Robert Morris, Esquire,    P.O. BOX 2235,    Bala Cynwyd, PA 19004-6235
14189981       +Sage Lending,    P.O. BOX 240,    Attn:  Bankruptcy Dept.,    Commerce, GA 30529-0004
14189982       +SoFi,    650 Naamans Road, #300,    Attn:  Bankruptcy Dept.,    Claymont, DE 19703-2300
14189983        Tires Plus,    Credit First N.A.,    P.O. BOX 81344,    Attn:  Bankruptcy Dept.,
                 Olmsted Falls, OH 44138-0344
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: efiling@mlatzes-law.com Sep 15 2018 02:56:57     MICHAEL A. LATZES,
                 Law Offices of Michael A. Latzes,    1528 Walnut Street,    Suite 700,    Philadelphia, PA  19102
tr             +E-mail/Text: bncnotice@ph13trustee.com Sep 15 2018 02:59:23     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 15 2018 02:58:05     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14189942        EDI: GMACFS.COM Sep 15 2018 06:38:00     Ally,    P.O. BOX 380902,    Attn:  Bankruptcy Dept.,
                 Minneapolis, MN 55438-0902
14197034        EDI: GMACFS.COM Sep 15 2018 06:38:00     Ally Bank,    PO Box 130424,    Roseville, MN 55113-0004
14189943       +EDI: RMSC.COM Sep 15 2018 06:38:00     American Eagle Outfitters,    77 Hot Metal Street,
                 Attn:  Bankruptcy Dept.,    Pittsburgh, PA 15203-2381
14189944       +E-mail/Text: bankruptcy@ldf-holdings.com Sep 15 2018 02:59:31     Amplify Funding,    P.O. 542,
                 Attn:  Bankruptcy Dept.,    Lac Du Flambeau, WI 54538-0542
14189947        EDI: RMSC.COM Sep 15 2018 06:38:00     Care Credit,    c/o GE Money Bank,    P.O. BOX 981127,
                 Attn:  Bankruptcy Dept.,    El Paso, TX 79998-1127
14189948       +EDI: CHASE.COM Sep 15 2018 06:38:00     Chase Amazon Visa,    P.O. BOX 15298,
                 Attn:  Bankruptcy Dept.,    Wilmington, DE 19850-5298
```

District/off: 0313-2          User: dlv                 Page 2 of 2              Date Rcvd: Sep 14, 2018
                             Form ID: 309I               Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14189949       +EDI: CHASE.COM Sep 15 2018 06:38:00     Chase Disney Visa,   P.O. BOX 15298,
                 Attn: Bankruptcy Dept,   Wilmington, DE 19850-5298
14189950       +EDI: CITICORP.COM Sep 15 2018 06:38:00     Citibank Centralized Bankruptcy,   P.O. BOX 20507,
                 Attn: Bankruptcy Dept.,   Kansas City, MO 64195-0507
14194893        EDI: IRS.COM Sep 15 2018 06:38:00     IRS,   PO BOX 21126,   PHILA PA 19114
14189963        EDI: CBSKOHLS.COM Sep 15 2018 06:38:00     Kohl's,   P.O. BOX 3043,   Attn: Bankruptcy Dept.,
                 Milwaukee, WI 53201-3043
14189965       +E-mail/Text: bankruptcy@ldf-holdings.com Sep 15 2018 02:59:17     Loan at Last,
                 P.O. Box 1193,   Attn: Bankruptcy Dept.,   Lac Du Flambeau, WI 54538-1193
14189966       +EDI: TSYS2.COM Sep 15 2018 06:38:00     Macy's,   9111 Duke Blvd.,   Attn: Bankruptcy Dept.,
                 Mason, OH 45040-8999
14189973       +EDI: RMSC.COM Sep 15 2018 06:38:00     Old Navy Visa,   PO. BOX  960017,
                 Attn: Bankruptcy Dept.,   Orlando, FL 32896-0017
14190303       +EDI: PRA.COM Sep 15 2018 06:38:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14195979        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:36
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14189986        E-mail/Text: admin@rosebudlending.com Sep 15 2018 02:59:32     Zoca Loans,
                 27565 Research Park Drive,   Attn: Bankruptcy Dept.,   Mission, SD 57555
14189984        EDI: WFFC.COM Sep 15 2018 06:38:00     Wells Fargo Dealer Services,   MAC T9017-026,
                 P.O. BOX 168048,   Attn: Bankruptcy Dept.,   Irving, TX 75016-8048
14189985        EDI: WFFC.COM Sep 15 2018 06:38:00     Wells Fargo Visa,   P.O. BOX 29487,
                 Attn: Bankruptcy Dept.,   Phoenix, AZ 85038-9487
                                                                                   TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14189961*       Internal Revenue Service,   P.O. BOX 7346,   Attn: Bankruptcy Dept.,
                 Philadelphia, PA 19101-7346
                                                                       TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
          KARINA VELTER    on behalf of Creditor   Cardinal Financial Company, Limited Partnership
           amps@manleydeas.com
          MICHAEL A. LATZES    on behalf of Debtor Michael A. Wolk efiling@mlatzes-law.com
          MICHAEL A. LATZES    on behalf of Joint Debtor Susan M. Keenan-Wolk efiling@mlatzes-law.com
          MICHAEL D. VAGNONI    on behalf of Creditor   Montgomery County Tax Claim Bureau
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                       TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael A. Wolk** | Social Security number or ITIN | **xxx–xx–4945** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Susan M. Keenan–Wolk** | Social Security number or ITIN | **xxx–xx–7515** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed for chapter   **13   8/30/18** | |
| Case number:   **18–15766–mdc** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***　　　　　　　**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael A. Wolk | Susan M. Keenan–Wolk |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 29 School Road Horsham, PA 19044 | 29 School Road Horsham, PA 19044 |
| 4. | **Debtor's attorney** Name and address | MICHAEL A. LATZES Law Offices of Michael A. Latzes 1528 Walnut Street Suite 700 Philadelphia, PA 19102 | Contact phone (215) 545–0200  Email: efiling@mlatzes–law.com |
| 5. | **Bankruptcy trustee** Name and address | WILLIAM C. MILLER, Esq. Chapter 13 Trustee P.O. Box 1229 Philadelphia, PA 19105 | Contact phone 215–627–1377  Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone (215)408–2800  Date: 9/14/18 |

**For more information, see page 2**

Official Form 309I　　　　　　**Notice of Chapter 13 Bankruptcy Case**　　　　　　page 1

Debtor  **Michael A. Wolk**  and  **Susan M. Keenan–Wolk**                                          Case number **18–15766–mdc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 17, 2018 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>---<br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>---<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 12/16/18**<br><br><br><br><br><br><br><br>**Filing deadline: 11/8/18**<br><br>**Filing deadline: 2/26/19**<br><br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 550.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/8/18** at **9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |