United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Michael A. Wolk

Susan M. Keenan-Wolk

    Debtors

Case No. 18-15766-mdc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2             User: admin             Page 1 of 3

Date Rcvd: Sep 01, 2023             Form ID: 3180W             Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Wolk, Susan M. Keenan-Wolk, 29 School Road, Horsham, PA 19044-1850 |
| 14189957 | | Freedom Federal Credit Union, 626 Jacksonville Road, Suite 250, Attn: Bankruptcy Dept., Warminster, PA 18974-4862 |
| 14194321 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, ORMH; Centre Square West, 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14210092 | + | Nelnet on behalf of GLHEC, PO Box 8961, Madison, WI 53708-8961 |
| 14227566 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 02 2023 01:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14197034 | | EDI: GMACFS.COM | Sep 02 2023 03:56:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14210032 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2023 00:41:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14224157 | + | Email/Text: RASEBN@raslg.com | Sep 02 2023 01:28:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14221235 | | EDI: CRFRSTNA.COM | Sep 02 2023 03:56:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14221052 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 02 2023 01:28:00 | Cardinal Financial Company, Limited Partnership, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14227778 | | EDI: Q3G.COM | Sep 02 2023 03:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14194893 | | EDI: IRS.COM | Sep 02 2023 03:56:00 | IRS, PO BOX 21126, PHILA PA 19114 |
| 14202308 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2023 00:41:57 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14224798 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2023 00:42:44 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14214048 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 02 2023 01:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14222220 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 02 2023 01:28:00 | Mariner Finance, LLC, 8211 Town Center Drive, |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 01, 2023 | Form ID: 3180W | Total Noticed: 22

| | | | | |
|---|---|---|---|---|
| | | | | Nottingham, MD 21236-5904 |
| 14207478 | | EDI: AGFINANCE.COM | Sep 02 2023 03:56:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14195979 | | EDI: PENNDEPTREV | Sep 02 2023 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14195979 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2023 01:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14227654 | + | Email/Text: bncmail@w-legal.com | Sep 02 2023 01:28:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14217102 | | EDI: WFFC2 | Sep 02 2023 03:56:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14211633 | | EDI: WFFC2 | Sep 02 2023 03:56:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14242569 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Cardinal Financial Company  Limited Partnership amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Cardinal Financial Company  Limited Partnership amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2            User: admin            Page 3 of 3

Date Rcvd: Sep 01, 2023            Form ID: 3180W            Total Noticed: 22

MICHAEL A. LATZES
> on behalf of Debtor Michael A. Wolk efiling@mlatzes-law.com

MICHAEL A. LATZES
> on behalf of Joint Debtor Susan M. Keenan-Wolk efiling@mlatzes-law.com

MICHAEL D. VAGNONI
> on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
> Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

REGINA COHEN
> on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael A. Wolk | Social Security number or ITIN   xxx–xx–4945 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Susan M. Keenan–Wolk | Social Security number or ITIN   xxx–xx–7515 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   18–15766–mdc

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael A. Wolk                              Susan M. Keenan–Wolk

8/31/23                                      **By the court:** Magdeline D. Coleman
                                             United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                 **Chapter 13 Discharge**                 page 2