**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF REGION 3 DISTRICT OF PA**
**REGION 3 DIVISION**

In re:  MICHAEL A WOLK                          §          Case No. 18-bk-15766
        SUSAN M KEENAN-WOLK               §
                                     §
                                       §
           Debtor(s)                          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kenneth E. West, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on 08/30/2018.

2)  The plan was confirmed on 05/30/2019.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5)  The case was completed on 08/08/2023.

6)  Number of months from filing or conversion to last payment: 59.

7)  Number of months case was pending: 60.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $57,344.00.

10) Amount of unsecured claims discharged without full payment: $379,652.41.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

---

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 38,348.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 38,348.00 |

---

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,010.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 3,073.87 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 6,083.87 |

Attorney fees paid and disclosed by debtor(s):      $ 990.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MICHAEL A LATZES ESQUIRE | Lgl | 0.00 | NA | NA | 3,010.00 | 0.00 |
| FREEDOM CREDIT UNION | Uns | 0.00 | 14,054.69 | 14,054.69 | 84.83 | 0.00 |
| MONTGOMERY COUNTY TAX | Sec | 2,917.00 | 2,916.86 | 2,916.86 | 3,632.95 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 8,250.00 | 8,596.02 | 8,596.02 | 8,596.02 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,388.98 | 1,388.98 | 8.38 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Pri | 1,273.00 | 1,291.76 | 1,291.76 | 1,291.76 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Uns | 0.00 | 87.51 | 87.51 | 0.53 | 0.00 |
| ALLY | Sec | 18,200.00 | 18,272.88 | 18,272.88 | 18.60 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 797.73 | 797.73 | 4.82 | 0.00 |
| ONEMAIN FINANCIAL | Sec | 0.00 | 9,711.23 | 9,711.23 | 4,500.00 | 0.00 |
| ONEMAIN FINANCIAL | Uns | 0.00 | 0.00 | 0.00 | 31.46 | 0.00 |
| CAPITAL ONE | Uns | 75.00 | 274.20 | 274.20 | 1.65 | 0.00 |
| NAVIENT SOLUTIONS, LLC. ON | Uns | 0.00 | 75,309.21 | 75,309.21 | 454.54 | 0.00 |
| WELLS FARGO BANK, N.A. | Sec | 0.00 | 556.16 | 190.72 | 190.72 | 0.00 |
| WELLS FARGO BANK, N.A. | Uns | 546.00 | 365.44 | 365.44 | 2.21 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 332.51 | 332.51 | 2.01 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 515.64 | 515.64 | 3.11 | 0.00 |
| WELLS FARGO BANK | Uns | 0.00 | 2,460.41 | 2,460.41 | 14.85 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,962.41 | 1,962.41 | 11.85 | 0.00 |
| CARDINAL FINANCIAL COMPANY, | Sec | 175,000.00 | 183,661.25 | 183,661.25 | 12,996.47 | 0.00 |
| CREDIT FIRST NA | Uns | 0.00 | 2,400.45 | 2,400.45 | 14.49 | 0.00 |
| MARINER FINANCE LLC | Uns | 0.00 | 6,060.60 | 6,060.60 | 36.58 | 0.00 |
| CHASE BANK USA, N.A. C/O JP | Uns | 0.00 | 25,730.61 | 25,730.61 | 155.30 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 5,770.58 | 5,770.58 | 34.83 | 0.00 |
| WELLS FARGO BANK | Sec | 6,000.00 | 5,776.14 | 5,776.14 | 0.00 | 0.00 |
| SYNCHRONY BANK | Uns | 0.00 | 2,743.88 | 2,743.88 | 16.56 | 0.00 |
| DEPARTMENT STORE NATIONAL | Uns | 0.00 | 716.73 | 716.73 | 4.33 | 0.00 |
| CHASE BANK USA, N.A. | Uns | 0.00 | 25,730.61 | 25,730.61 | 155.28 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 2,035.16 | NA | NA | 0.00 | 0.00 |
| AMERICAN EAGLE OUTFITERS | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| AMPLIFY FUNDING | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CHASE AMAZON VISA | Uns | 9,200.00 | NA | NA | 0.00 | 0.00 |
| CARE CREDIT | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CHASE DISNEY VISA | Uns | 23,000.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK CETRALIZED BANK | Uns | 5,100.00 | NA | NA | 0.00 | 0.00 |
| CORDAUIS INTERNATIONAL LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DNF ASSOC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN FCU | Uns | 20,000.00 | NA | NA | 0.00 | 0.00 |
| FREEDOM  FCU | Uns | 13,076.00 | NA | NA | 0.00 | 0.00 |
| FROST ARNETT CO. | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CREDIT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES STUDENT LOAN | Uns | 75,000.00 | NA | NA | 0.00 | 0.00 |
| KAY JEWLERS | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY URGENT CARE | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| LOAN AT LAST | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MACY'S | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MAIN LINE BEHAVIORAL | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| MARNIER FIN. | Uns | 6,061.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| OLD NAVY VISA | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FIN OF PA | Uns | 9,711.00 | NA | NA | 0.00 | 0.00 |

<u>Scheduled Creditors:</u>

| Creditor<br>Name | Class | Claim<br>Scheduled | Claim<br>Asserted | Claim<br>Allowed | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|---|---|
| PAY PAL CREDIT | Uns | 3,262.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| RENEW FIN | Uns | 3,379.00 | NA | NA | 0.00 | 0.00 |
| RETRO FITNESS | Uns | 155.00 | NA | NA | 0.00 | 0.00 |
| SAGE LENDING | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| SOFI | Uns | 39,500.00 | NA | NA | 0.00 | 0.00 |
| TIRES PLUS | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO VISA | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ZOCA  LOANS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 193,372.48 | $ 17,496.47 | $ 0.00 |
| Debt Secured by Vehicle | $ 24,049.02 | $ 18.60 | $ 0.00 |
| All Other Secured | $ 3,107.58 | $ 3,823.67 | $ 0.00 |
| **TOTAL SECURED:** | $ 220,529.08 | $ 21,338.74 | $ 0.00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 9,887.78 | $ 9,887.78 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 9,887.78 | $ 9,887.78 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 166,702.19 | $ 1,037.61 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 6,083.87 |
| Disbursements to Creditors | $ 32,264.13 |
| **TOTAL DISBURSEMENTS:** | $ 38,348.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  09/19/2023          By:  Kenneth E. West
                                Chapter 13 Standing Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)