United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-15766-mdc

Michael A. Wolk                                                                       Chapter 13

Susan M. Keenan-Wolk

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

**Recip ID                    Recipient Name and Address**
db/jdb                    + Michael A. Wolk, Susan M. Keenan-Wolk, 29 School Road, Horsham, PA 19044-1850

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:**

**Name                              Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor Cardinal Financial Company  Limited Partnership amps@manleydeas.com

ALYK L OFLAZIAN
    on behalf of Creditor Cardinal Financial Company  Limited Partnership amps@manleydeas.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. LATZES
    on behalf of Debtor Michael A. Wolk efiling@mlatzes-law.com

MICHAEL A. LATZES

District/off: 0313-2                              User: admin                                    Page 2 of 2

Date Rcvd: Oct 23, 2023                        Form ID: 195                                Total Noticed: 1

on behalf of Joint Debtor Susan M. Keenan-Wolk efiling@mlatzes-law.com

MICHAEL D. VAGNONI

on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

REGINA COHEN

on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              : Chapter 13

Michael A. Wolk and Susan M. Keenan−Wolk            : Case No. 18−15766−mdc
        Debtor(s)

## *ORDER*

_____

    AND NOW, this day , October 23, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                            By The Court

                            Magdeline D. Coleman
                            Chief Judge, United States Bankruptcy Court

                                                    91
                                                    Form 195